**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| LOYALTY VENTURES INC., *et al.*,[1] | ) ) | Case No. 23-90111 (CML) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF OCCURRENCE OF THE EFFECTIVE DATE**

**PLEASE TAKE NOTICE THAT** on April 27, 2023, Christopher M. Lopez, United States Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of Texas entered the *Order Confirming the Debtors' Joint Chapter 11 Plan and Approving on a Final Basis the Disclosure Statement of Loyalty Ventures Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 218] (the "Confirmation Order"), which confirmed the *First Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Loyalty Ventures Inc. and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 200] (the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE THAT** the Effective Date of the Plan occurred on **June 2, 2023**. Each of the conditions precedent to Effective Date of the Plan as set forth in Article XV.B. of the Plan have been satisfied or waived in accordance with the Plan and the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE THAT**, unless otherwise provided by the Plan, the Confirmation Order, any other applicable order of the Bankruptcy Court, or agreed to by the Holder of an Administrative Claim and the Debtors, the deadline for filing requests for payment of Administrative Claims, other than DIP Facility Claims, Professional Fee Claims, and Administrative Claims arising under Bankruptcy Code section 503(b)(9), is **thirty (30) days after the Effective Date (the "Administrative Claims Bar Date")**. **Holders of Administrative Claims (other than DIP Facility Claims, Professional Fee Claims, and Administrative Claims arising under Bankruptcy Code section 503(b)(9)) that are required to, but do not, file and serve a request for payment of such Administrative Claims by the Administrative Claims Bar Date shall be forever barred, estopped, and enjoined from asserting such Administrative Claims against the Debtors or their property and such Administrative Claims shall be deemed discharged as of the Effective Date.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of the Debtors' tax identification numbers, are: Loyalty Ventures Inc. (3472); LVI Lux Holdings S.à r.l. (5350); LVI Sky Oak LLC (1657); and Rhombus Investments L.P. (7493). The location of the Debtors' service address for purposes of these chapter 11 cases is: 8235 Douglas Avenue, Suite 1200, Dallas, TX 75225.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Plan, the deadline to file all final requests for payment of Professional Fee Claims is the date that is **forty-five (45) days after the Effective Date**. All Retained Professionals must file final requests for payment of Professional Fee Claims by no later than this date to receive final approval of the fees and expenses incurred in the Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE THAT** the terms of the Plan and the Plan Supplement are immediately effective and enforceable and deemed binding upon the Debtors, the Liquidating Trust, any and all Holders of Claims or Interests (irrespective of whether the Holders of such Claims or Interests accepted or rejected the Plan), all Entities that are parties to or are subject to the settlements, compromises, releases, and injunctions described in the Plan, any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtors, and all other parties in interest and Entities, and their respective successors and assigns.

**PLEASE TAKE FURTHER NOTICE THAT** copies of the Confirmation Order, the Plan, and all documents filed in these Chapter 11 Cases are available free of charge by visiting https://cases.ra.kroll.com/LVI. You may also obtain copies of any pleadings by visiting the Bankruptcy Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: June 5, 2023
Houston, Texas

*/s/ Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER LLP** | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Philip C. Dublin (admitted *pro hac vice* ) |
| Jennifer F. Wertz (TX Bar No. 24072822) | Meredith A. Lahaie (admitted *pro hac vice*) |
| J. Machir Stull (TX Bar No. 24070697) | One Bryant Park |
| Victoria Argeroplos (TX Bar No. 24105799) | New York, New York 10036 |
| 1401 McKinney Street, Suite 1900 | Telephone: (212) 872-1000 |
| Houston, Texas 77010 | Facsimile: (212) 872-1002 |
| Telephone: (713) 752-4200 | Email: pdublin@akingump.com |
| Facsimile: (713) 752-4221 | mlahaie@akingump.com |
| Email: mcavenaugh@jw.com | |
| jwertz@jw.com | -and- |
| mstull@jw.com | |
| vargeroplos@jw.com | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| | Marty L. Brimmage, Jr. (TX Bar No. 00793386) |
| *Co-Counsel to the Debtors and* | Lacy M. Lawrence (TX Bar No. 24055913) |
| *Debtors in Possession* | Rachel Biblo Block (TX Bar No. 24097382) |
| | 2300 N. Field Street, Suite 1800 |
| | Dallas, Texas 75201 |
| | Telephone: (214) 969-2800 |
| | Facsimile: (214) 969-4343 |
| | Email: mbrimmage@akingump.com |
| | llawrence@akingump.com |
| | rbibloblock@akingump.com |
| | |
| | *Co-Counsel to the Debtors and Debtors in Possession* |

3

**<u>Certificate of Service</u>**

   I certify that on June 5, 2023, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                     /s/ *<u>Matthew D. Cavenaugh</u>*
                     Matthew D. Cavenaugh